**Opinion issued August 4, 2016**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-16-00113-CV

_____

## WILLIAM HARRIS, Appellant

## V.

## ALTHEA THOMAS, ET AL., Appellees

---

**On Appeal from the 405th District Court**
**Galveston County, Texas**
**Trial Court Cause No. 15-CV-0165**

---

### MEMORANDUM OPINION

Appellant, William Harris, proceeding *pro se* and incarcerated, has filed a motion to dismiss his appeal. *See* TEX. R. APP. P. 42.1(a)(1). Although the motion does not contain a certificate of conference or a certificate of service, the motion has been on file with this Court for more than ten days and no response has been filed.

*See id.* 9.5(d), (e), 10.1(a)(5), 10.3(a)(2).  No other party has filed a notice of appeal and no opinion has issued.  *See id.* 42.1(a)(1), (c).

Accordingly, we grant the motion and dismiss the appeal.  *See* TEX. R. APP. P. 42.1(a)(1), 43.2(f).  We dismiss any other pending motions as moot.

**PER CURIAM**

Panel consists of Justices Keyes, Brown, and Huddle.